UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AVILES,<br><br>        Defendant. | Case No.  16-cr-00371-VC-1<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 44 |

The motion for compassionate release is denied. Even putting aside the exhaustion issue, sentencing reduction is not warranted for Aviles. His criminal history and his conduct in connection with the offense of conviction demonstrates that he is a significant danger to the community. In addition, he has served less than half his sentence. This denial is without prejudice to Aviles continuing to seek compassionate release or temporary release at the administrative level.

**IT IS SO ORDERED.**

Dated: May 19, 2020

VINCE CHHABRIA
United States District Judge